**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00459-CV

### IN THE INTEREST OF C.E.W., A CHILD

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-56270-2011**

## ORDER

The appellees in this appeal are Mitchell Wolff, David Hanschen, and Clouse Dunn LLP. Appellant has filed her brief; appellees brief was due September 10, 2014. Pending before the Court is Mr. Hanschen's unopposed motion for extension of time to file brief. He seeks until October 10, 2014 to file his brief. We note Mr. Wolff has previously been granted an extension to October 10, 2014. Appellee Clouse Dunn LLP has not filed an extension motion nor its brief. For efficiency purposes, we **GRANT** Mr. Hanschen's extension motion and, on our own motion, **GRANT** Clouse Dunn an extension also. We **ORDER** Mr. Hanschen and Clouse Dunn to file their briefs no later than October 10, 2014. Appellant shall file a single reply brief, if any, within twenty days of the date the last appellee brief is filed.

/s/ ELIZABETH LANG-MIERS
JUSTICE